PROB 12
(Rev. 3/88)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

JUN 06 2011

JAMES N. HATTEN, Clerk
By: 
Deputy Clerk

U. S. A. vs. Omar Antonio Aleman Maldonado

Docket No. 1:10-CR-52-JFK
FILED UNDER SEAL

(M-14-0865-M)

PETITION FOR WARRANT AND ORDER TO SHOW CAUSE
WHY PROBATION SHOULD NOT BE REVOKED

UNSEALED 5-1-14

COMES NOW Francean M. Jackson PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Omar Antonio Aleman Maldonado, who was placed on supervision for the offense of Fraudulent Passport, 8 U.S.C. Sec. 1325(a)(3), by the Honorable Janet F. King sitting in the court at Atlanta, on the 9th day of February, 2010, who fixed the period of supervision at 60 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall not illegally possess a controlled substance.

The defendant is to be turned over to a duly-authorized immigration official for appropriate removal proceedings from the United States, pursuant to Title 8 of the United States Code in accordance with the Immigration and Nationality Act. The defendant shall not reenter the United States unless he applies and receives permission from the Secretary of Homeland Security to legally enter the United States.

The defendant shall pay a fine of $500.

The defendant shall pay a special assessment of $10.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

1. Violation of Special Condition: On May 6, 2011, Aleman-Maldonado entered into the United States without receiving permission from the Secretary of Homeland Security to re-enter the United States. On May 6, 2011, he was convicted in the Southern District of Texas for the charge of Illegal Re-entry.

ATTEST: A TRUE COPY
CERTIFIED THIS

JUN 06 2011

James N. Hatten, Clerk
By: Deputy Clerk

PRAYING THAT THE COURT WILL ORDER a warrant issued for said Omar Antonio Aleman-Maldonado and that Omar Antonio Aleman-Maldonado be brought back before the Court at Atlanta, Georgia, to show cause why Probation heretofore entered should not be revoked. IT IS FURTHER ORDERED that this petition and the warrant be sealed and that the same shall remain sealed until the warrant is executed or until further order of this Court.

ORDER OF COURT

Considered and ordered this 26th day of May, 2011 and ordered filed and made a part of the records in the above case.

_____
Honorable Janet F. King
Chief U. S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

_____
Francean M. Jackson
U. S. Probation Officer

Place: Atlanta, Georgia

Date: May 25, 2011

_____
Beth B. Hammond
Supervising U.S. Probation Officer